*United States* (21 id. 26, C. D. 1121), respectively, the claim of the plaintiff was sustained.

**No. 54610.**—The Singer Manufacturing Company *v.* United States, protests 140207–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of rough unmachined castings similar in all material respects to those the subject of *United States* v. *The Singer Manufacturing Company* (37 C. C. P. A. 104, C. A. D. 427), the claim of the plaintiff was sustained.

AUGUST 16, 1950

**No. 54611.**—SUIT 4646.—United States *v.* Florea & Co., Inc. (Appeal dismissed June 28, 1950.)

BEFORE THE FIRST DIVISION, AUGUST 22, 1950

**No. 54612.**—Max Stern & Co. *v.* United States, protests 133063–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54613.**—S. Nathan & Co., Inc. *v.* United States, protests 137958–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54614.**—Edward Lembeck et al. *v.* United States, protests 142511–K, etc. (New York).